LOUIS J. ROSENBERG, Respondent, v. JOSEPH RAE, Defendant and Third-Party Plaintiff-Appellant, et al., Defendants. THEODORE BLATT, Third-Party Defendant-Respondent.—

836

Hopkins, Acting P. J., Munder, Martuscello, Brennan and Benjamin, JJ., concur.